UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

      Plaintiff,

v.

PARADIGM SINTERED PRODUCTS, INC.,

      Defendant.
      _____/

File No.  5:04-CV-170

HON. ROBERT HOLMES BELL

## JUDGMENT

This matter is before the Court on Plaintiff's motion for default judgment.  For the reasons stated on the record at the hearing on August 18, 2005,

**IT IS HEREBY ORDERED** that **JUDGMENT** in the amount of **$220,464.07** is entered in favor of Plaintiff and against Defendant.  This judgment includes damages of $59,777.79 in back pay and interest, $20,000 in compensatory damages and $20,000 in punitive damages for Saravana Thangavel; $90,758.28 in back pay and interest, $20,000 in compensatory damages and $20,000 in punitive damages for Edwin James; and $14,928 in back pay and interest, $10,000 in compensatory damages and $5,000 in punitive damages for Brian Adache.

Date:   August 20, 2005      /s/ Robert Holmes Bell
                                                     ROBERT HOLMES BELL
                                                   CHIEF UNITED STATES DISTRICT JUDGE